Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail rk_sslaw@speakeasy.net

Attorneys for Plaintiff
Jesus G. Solis

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JESUS G. SOLIS, | Case No.: 1:09-CV-01592 GSA |
| Plaintiff, | PLAINTIFF'S COUNSEL'S REQUEST FOR A TELEPHONE APPEARANCE IN LIEU OF PERSONAL APPEARANCE; AND ORDER |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | DATE: April 16, 2010 |
| Defendant. | TIME: 9;30 AM |
| | COURTROOM: 10 |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Marc V. Kalagian, attorney for plaintiff Jesus Solis, hereby requests that he be allowed to appear telephonically in lieu of personal appearance, for his

///

///

///

///

-1-

motion to withdraw as attorney of record.  This request is made because Marc V. Kalagian will be out of town on a previously arranged personal day.

DATE: March 15, 2010        Respectfully submitted,

ROHLFING & KALAGIAN, LLP


BY: __/s/Marc V. Kalagian____
Marc V. Kalagian
Attorney for plaintiff

## ORDER

**IT IS SO ORDERED.**  Marc V. Kalagian will be allowed to appear telephonically on April 16, 2010 at 9:30AM.  Marc V. Kalagian will call the court on said date and time.

DATE:     March 17, 2010

_____/s/ Gary S. Austin_____
UNITED STATES MAGISTRATE JUDGE