1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail rk_sslaw@speakeasy.net
5
   Attorneys for Plaintiff
6  Jesus G. Solis

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10                    **FRESNO DIVISION**

11

12 | JESUS G. SOLIS,                       | ) | Case No.: 1:09-CV-01592 GSA |
   |                                        | ) |                             |
13 |          Plaintiff,                    | ) | PLAINTIFF'S COUNSEL'S REQUEST |
   |                                        | ) | FOR A TELEPHONE APPEARANCE  |
14 |     vs.                                | ) | IN LIEU OF PERSONAL         |
   |                                        | ) | APPEARANCE; AND ORDER       |
15 | MICHAEL J. ASTRUE,                     | ) |                             |
   | Commissioner of Social Security,       | ) | DATE:  April 16, 2010       |
16 |                                        | ) | TIME: 9;30 AM               |
   |          Defendant.                    | ) | COURTROOM: 10               |
17 |                                        | ) |                             |

18

19    TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF

20 THE DISTRICT COURT:

21    Marc V. Kalagian, attorney for plaintiff Jesus Solis, hereby requests that he

22 be allowed to appear telephonically in lieu of personal appearance, for his

23 ///

24 ///

25 ///

26 ///

                                      -1-

motion to withdraw as attorney of record.  This request is made because Marc V. Kalagian will be out of town on a previously arranged personal day.

DATE: March 15, 2010          Respectfully submitted,

                                ROHLFING & KALAGIAN, LLP


                                BY: __/s/Marc V. Kalagian____
                                   Marc V. Kalagian
                                   Attorney for plaintiff

**ORDER**

**IT IS SO ORDERED.**  Marc V. Kalagian will be allowed to appear telephonically on April 16, 2010 at 9:30AM.  Marc V. Kalagian will call the court on said date and time.

DATE:     March 17, 2010

                        _____   /s/ Gary S. Austin
                        UNITED STATES MAGISTRATE JUDGE